IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BATTITES WESLEY,

    Petitioner,

v.

PETER HUIBREGTSE, Warden
Wisconsin Secure Program Facility,
RICK RAEMISCH, Secretary,
Wisconsin Department of Corrections,
and ALFONSO GRAHAM,
Chairperson, Wisconsin Parole Board,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-700-slc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing petitioner's petition for a writ of habeas corpus without prejudice.

_Peter Oppeneer_       11-25-09
Peter Oppeneer, Clerk of Court       Date